NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar No: 13644

HOLLY A. VANCE
Assistant United States Attorney
400 South Virginia Street, Suite 900
Reno, Nevada 89501
Phone: 775-784-5438
Email: holly.a.vance@usdoj.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GLENDA BRUNSON,<br><br>  Plaintiff,<br><br>v.<br><br>SOCIAL SECURITY ADMINISTRATION,<br><br>  Defendant. | Case No. 2:19-cv-00917-RFB-DJA<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION TO DISMISS (ECF No. 15)**<br><br>(First Request) |

Pursuant to Local Rules IA 6-1 and 26-4, the parties hereby stipulate to and request a 30-day extension of time for Plaintiff Glenda Brunson ("Plaintiff") to file her Response to Defendant's Motion to Dismiss (ECF No. 15). An extension is needed to allow Plaintiff an opportunity to find an attorney to represent her in this matter.

Plaintiff's Response to the Motion to Dismiss is currently due on February 6, 2020. With a 30-day extension, the deadline to respond would be March 9, 2020.

This extension request is made in good faith and not for the purpose of delay.

/ / /

/ / /

/ / /

1

**WHEREFORE**, the parties respectfully request that this stipulation be granted and that Plaintiff have until **March 9, 2020** to file her Response to Defendant's Motion to Dismiss.

Respectfully submitted this 30 day of January 2020.

NICHOLAS A. TRUTANICH
United States Attorney

/s/ Holly A. Vance
HOLLY A. VANCE
Assistant United States Attorney

*(signed)* GLENDA BRUNSON
GLENDA BRUNSON
*Pro se Plaintiff*

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 30th day of January, 2020.

2